WHEELER v. QUEEN

No. 88P99

Case below: 132 N.C.App. 91

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.

WHITLEY v. KENNERLY

No. 106P99

Case below: 132 N.C.App. 390

Petition by defendants (Lewis and Kennerly) for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.

WILLIAMS v. AIKENS

No. 142P99

Case below: 132 N.C.App. 400

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.

## PETITIONS TO REHEAR

CARRIKER v. CARRIKER

No. 312PA98

Case below: 350 N.C. 71

Petition by defendant to rehear pursuant to Rule 31 denied 6 May 1999.

HAYES v. TOWN OF FAIRMONT

No. 338PA98

Case below: 350 N.C. 81

Petition by defendant to rehear pursuant to Rule 31 denied 12 April 1999.